**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6423**

PRIEST MOMOLU V.S. SIRLEAF, JR.,

Plaintiff - Appellant,

v.

ANDREW MCCABE; ROD ROSENSTEIN; ADAM SCHIFF; U.S.,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James P. Jones, District Judge.  (7:19-cv-00240-JPJ-PMS)

Submitted:  August 12, 2019                    Decided:  August 21, 2019

Before GREGORY, Chief Judge, NIEMEYER, Circuit Judge, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Momolu V.S. Sirleaf, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Momolu V.S. Sirleaf, Jr., appeals the district court's order dismissing his civil rights action as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Sirleaf v. McCabe*, No. 7:19-cv-00240-JPJ-PMS (W.D. Va. Mar. 18, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*